IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **08-cv-429-JLK-KLM**

**ELAINE L. CHAO, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,**

    Plaintiff,

v.

**AGGREGATE INDUSTRIES-WCR, INC.,**

    Defendant.

## ORDER

**Kane, J.**

This matter is before the Court on Defendant's Motion to Bifurcate and to Stay Discovery (doc. #20), filed December 23, 2008. I have reviewed the motion and the response. The motion is DENIED.

Dated: January 26, 2009

                                                        BY THE COURT:

                                                        *S/John L. Kane*
                                                        JOHN L. KANE, SENIOR JUDGE
                                                        UNITED STATES DISTRICT COURT