**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-429-JLK

HILDA SOLIS, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

        Plaintiff,

v.

AGGREGATE INDUSTRIES-WCR, INC., a corporation,

        Defendant.

---

**CONSENT DECREE**

---

This action was initiated by the Secretary of Labor, United States Department of Labor ("Secretary"), against defendant, Aggregate Industries-WCR, Inc., pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA"), alleging that Aggregate Industries violated §7 and §15(a)(2) of the FLSA by failing to pay overtime wages to certain of its employees for the pay period ending June 25, 2005, through the pay period ending June 3, 2006. Aggregate Industries has denied and continues to deny all claims asserted by the Secretary.

The Secretary and Aggregate Industries desire to resolve this action without the time and expense of continued litigation, and they desire to formulate a plan to be embodied in a Decree which will promote and effectuate the purposes of the Fair Labor Standards Act.

The Court has examined this Decree and finds that it is reasonable and just and in accordance with the Federal Rules of Civil Procedure and the Fair Labor Standards Act. Therefore, upon due consideration of the record herein and being fully advised in the premises, it is ORDERED, ADJUDGED AND DECREED:

I.

1. This Decree resolves all issues and claims in the Complaint filed by the Secretary in this action. This Decree in no way affects the Secretary's right to process any other pending or future charges that may be filed against Aggregate Industries unrelated to this action and to commence civil actions on any such charges as the Secretary sees fit.

2. The Decree shall be in effect for a period of sixty days from the date it is entered by the Court. During that time, this Court shall retain jurisdiction over this matter and the parties for purposes of enforcing compliance with the Decree, including issuing such orders as may be required to effectuate the purposes of the Decree. Upon the expiration of sixty days, and there being no objection duly noted, this action will be dismissed with prejudice.

3. This Decree, being entered with the consent of the Secretary and Aggregate Industries, shall not constitute an adjudication or finding on the merits of the case.

II.

4. Aggregate Industries shall pay $550,000.00 (Five Hundred Fifty Thousand Dollars and no cents) to resolve this action. This sum shall be tendered to U.S. Dept. of Labor – Wage-Hour within fifteen days from entry of this Decree. Aggregate Industries acknowledges that it is separately and additionally responsible for the employer's share of F.I.C.A. with regard to the back wage payments made to each employee.

5. The Secretary will distribute the net amount of the settlement to the employees or their personal representatives, as their interests may appear. The specific amount due for each employee is set forth more fully in Exhibit A, attached hereto and made a part hereof. The Secretary shall within thirty days of the entry of this Decree advise Aggregate Industries of the amount of back wages disbursed to each employee or their personal representative. Any monies which have not

been disbursed after three years shall be deposited by the Secretary into the Treasury of the United States as miscellaneous receipts.

6. The Secretary and Aggregate Industries affirm that Aggregate Industries is currently compensating the employees affected by this action on an hourly basis, including time and one-half the regular hourly rate for all hours worked in excess of forty hours in a workweek, and is in compliance with the Fair Labor Standards Act.

7. The Secretary and Aggregate Industries shall bear their own costs and attorneys' fees.

8. The undersigned counsel of record in this action hereby consent, on behalf of their respective clients, to the entry of the foregoing Consent Decree.

FOR AGGREGATE INDUSTRIES-WCR, Inc.:

/s/  Russell H. Gardner
Russell H. Gardner
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland  21209
410-580-4154

**russell.gardner@dlapipe.com**
Attorneys for Aggregate Industries-WCR, Inc.

FOR THE SECRETARY:

Carol A. De Deo
Deputy Solicitor for National Operations

Michael A. Stabler
Regional Solicitor

John Rainwater
Associate Regional Solicitor

/s/  Jennifer A. Casey

Jennifer A. Casey
Trial Attorney

/s/  Gregory Tronson
Gregory Tronson
Trial Attorney
Office of the Solicitor
1999 Broadway, Suite 1600
Denver, CO 80202-5710
303-844-1745/1756
**casey.jennifer@dol.gov**
**tronson.gregory@dol.gov**

                                        U.S. Department of Labor
                                        Attorneys for Plaintiff

**SO ORDERED** this 20th day of April, 2009.

                                        BY THE COURT:

                                        ***S/John L. Kane***
                                        United States District Judge