IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **08-cv-429-JLK-KLM**

**HILDA SOLIS, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,**

    Plaintiff,

v.

**AGGREGATE INDUSTRIES-WCR, INC., a corporation**

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**Kane, J.**

On April 20, 2009, this court entered the Consent Decree, which provided in part, that

2. "The Decree shall be in effect for a period of sixty days from the date it is entered by the Court. During that time, this Court shall retain jurisdiction over this matter and the parties for purposes of enforcing compliance with the Decree, including issuing such orders as may be required to effectuate the purposes of the Decree. Upon the expiration of sixty days, and there being no objection duly noted, this action will be dismissed with prejudice."

There being no objection upon the expiration of sixty days, it is now

ORDERED that this case is DISMISSED WITH PREJUDICE.

Dated: June 25, 2009

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT